**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50231 |
| Plaintiff-Appellee, | D.C. No. 8:22-cr-00021-DOC-1 |
| v. | |
| ANTHONY EMMANUEL SAUCEDO, AKA Lil Popeye, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
David O. Carter, District Judge, Presiding

Submitted September 12, 2023[**]

Before: CANBY, CALLAHAN, and OWENS, Circuit Judges.

Anthony Emmanuel Saucedo appeals from the district court's judgment and challenges the 77-month sentence imposed following his guilty-plea conviction for being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Saucedo's

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Saucedo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Saucedo waived his right to appeal his sentence except as to non-standard conditions of supervised release. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue concerning the special supervised release conditions imposed by the district court. Accordingly, we affirm those conditions. We dismiss the remainder of Saucedo's appeal of his sentence in light of the valid appeal waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**